UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD RICHARD BROWN, <br><br>　　　　　　　Petitioner, <br><br> v. <br><br> DONALD HOLBROOK, <br><br>　　　　　　　Respondent. | CASE NO. 2:20-cv-01753-RSM-BAT <br><br> **ORDER GRANTING MOTION TO EXTEND TIME TO FILE ANSWER** |

The Court GRANTS respondent's motion to extend the time to file an answer to the habeas petition, Dkt. 5 and ORDERS:

1)　　Defendant's answer is due February 19, 2021.

2)　　The Clerk shall provide a copy of this order to the parties.

DATED this 22nd day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER GRANTING MOTION TO EXTEND
TIME TO FILE ANSWER - 1