UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD RICHARD BROWN,

        Petitioner,

v.

DONALD HOLBROOK,

        Respondent.

CASE NO. 2:20-cv-01753-RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, all objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice, and issuance of a certificate of appealability is denied.

(3) The Clerk is directed to send copies of this Order to the parties.

Dated this 13th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1