UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD RICHARD BROWN,<br><br>                    Petitioner,<br><br>vs.<br><br>DONALD HOLBROOK,<br><br>                    Respondent. | NO. 2:20-cv-01753-RSM<br><br>ORDER GRANTING PETITIONER'S MOTION TO PROCEED PRO SE |

This matter comes before the Court on Petitioner Brown's Motion to proceed pro se. Dkt. #17. Mr. Brown's Motion indicates that attorney Desmond Kolke "has been relieved of his duty as the advocate for the Petitioner due to attorney negligence, malpractice, and ineffective assistance." Dkt. #17 at 1. Although this case is closed, Mr. Brown states he "will proceed pro se until further notice." *Id*. at 1-2. There has been no opposition.

This motion is authorized by Local Civil Rule 83.2(b)(4): "[w]hen a party is represented by an attorney of record in a case, the party cannot appear or act on his or her own behalf in that case, or take any step therein, until after the party requests by motion to proceed on his or her own behalf…" The Court finds that Mr. Brown has met the notice requirements of the Local Rule through the Court's CM/ECF system. *See id.* The Court is further satisfied that Mr.

ORDER GRANTING PETITIONER'S MOTION TO
PROCEED PRO SE - 1

Brown's requested relief is warranted at this time and, seeing no opposition, will terminate his attorney as counsel of record and substitute Petitioner in to proceed *pro se*.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Petitioner Brown's Motion to proceed Pro Se, Dkt. #17, is GRANTED. Petitioner's attorney Desmond Daniel Kolke is terminated as counsel of record and Mr. Brown is substituted in *pro se*. All future filings in this matter must be sent to Mr. Brown's service address:

> Ronald Richard Brown
> Washington State Penitentiary
> 1313 North 13th Ave
> Walla Walla, WA 99362

DATED this 7th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE